# UNITED STATES BANKRUPTCY COURT

09-5799

In Re: __Blanton, Shanta Willetta__   Case No. _____

**Debtor**   (if known)

Chapter ____13____

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1. In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the filing fee amounting to $ 274.00 in installments.

2. I am unable to pay the filing fee except in installments.

3. Until the filing fee is paid in full, I will not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

4. I propose the following terms for the payment of the Filing Fee.*

   $ 68.50      Check one   ☐ With the filing of the petition, or
                            ☒ On or before   20 March 2009

   $ 68.50      on or before   20 April 2009

   $ 68.50      on or before   20 May 2009

   $ 68.50      on or before   20 Jun 2009

* The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5. I understand that if I fail to pay any installment when due my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

_____   _____   _Shanta Blanton_   _2-24-09_
**Signature of Attorney**   Date   **Signature of Debtor**   Date

_____            _____   _____
**Name of Attorney**                 **Signature of Joint Debtor**   Date

B3A (Official Form 3A) (12/07) - Cont.

# United States Bankruptcy Court
### Northern   District Of   Illinois

In re **Shantee Black**,    Case No. **09-5799**
Debtor

Chapter **13**

## ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

☒ IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

☐ IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$ _____   Check one ☐ With the filing of the petition, or
                            ☐ On or before _____

$ _____ on or before _____

$ _____ on or before _____

$ _____ on or before _____

☐ IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

BY THE COURT

Date: **FEB 24 2009**

**KENNETH S. GARDNER**
**Clerk, U.S. Bankruptcy Court**

*United States Bankruptcy Judge*